FIRST CONNECTICUT CAPITAL, LLC, ET AL. *v.* JOHN J. DORAN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 32708) is denied.

*John J. Doran,* pro se, in support of the petition.

*Matthew B. Woods,* in opposition.

Decided February 23, 2011

CHARLES LOGAN *v.* COMMISSIONER OF CORRECTION

The petitioner Charles Logan's petition for certification for appeal from the Appellate Court, 125 Conn. App. 744 (AC 30745), is denied.

*Sarah F. Summons,* special public defender, in support of the petition.

*Timothy F. Costello,* assistant state's attorney, in opposition.

Decided March 2, 2011

STATE OF CONNECTICUT *v.* YVES J.

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 905 (AC 31335), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Aaron J. Romano,* in support of the petition.

*Laurie N. Feldman,* special deputy assistant state's attorney, in opposition.

Decided March 2, 2011